CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
KOLMAR GROUP AG,                                :
                                                :
                                                :
                    Plaintiff,                  :    07-CV-10343
                                                :
            v.                                  :    **NOTICE OF**
                                                :    **APPEARANCE**
TRAXPO ENTERPRISES PRIVATE LIMITED              :
a/k/a TRAXPO ENTERPRISES PVT LTD.,              :
                                                :
                    Defendants.                 :
---------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

   Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       December 6, 2007

                                CLARK, ATCHESON & REISERT
                                Attorneys for Garnishee
                                Societe Generale New York Branch

                    By:         _____
                                Richard J. Reisert (RR-7118)
                                7800 River Road
                                North Bergen, NJ  07047
                                Tel: (201) 537-1200
                                Fax: (201) 537-1201
                                Email: reisert@navlaw.com