UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MINERMET SPA,

                    Plaintiff,              07 CV 10312 (LBS)

-v-

                                       **NOTICE OF VOLUNTARY**
                                       **DISMISSAL AND ORDER**

I.KERN HANDELSGES M.B.H.,

                    Defendant.
------------------------------------------------------------x

       PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, MINERMET SPA, as to defendant, I.KERN HANDELSGES M.B.H., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
          December 14, 2007

                                        CHALOS, O'CONNOR & DUFFY, LLP
                                        Attorneys for Plaintiff
                                        MINERMET SPA

                    By:    _____
                                        George M. Chalos (GC-8693)
                                        366 Main Street
                                        Port Washington, New York 11050
                                        Tel:   (516) 767-3600
                                        Fax:  (516) 767-3605
                                        Email: gmc@codus-law.com

SO ORDERED:


_____
Hon. Leonard B. Sand, U.S.D.J.