USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
MINERMET SPA,

                      Plaintiff,

-v-

I.KERN HANDELSGES M.B.H.,

                      Defendant.
------------------------------------------------------------x

07 CV 10312 (LBS)

**NOTICE OF VOLUNTARY DISMISSAL AND ORDER**

      PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice by plaintiff, MINERMET SPA, as to defendant, I.KERN HANDELSGES M.B.H., pursuant to Rule 41(a)(1) of the Rules of Civil Procedure for the United States District Courts. Defendant has not appeared, answered, or filed a motion for summary judgment in this action. No costs are to be assessed to any party.

Dated: Port Washington, New York
       December 14, 2007

                              CHALOS, O'CONNOR & DUFFY, LLP
                              Attorneys for Plaintiff
                              MINERMET SPA

              By:      /s/ George M. Chalos
                            George M. Chalos (GC-8693)
                            366 Main Street
                            Port Washington, New York 11050
                            Tel:   (516) 767-3600
                            Fax:  (516) 767-3605
                            Email: gmc@codus-law.com

SO ORDERED:

/s/ Leonard B. Sand
Hon. Leonard B. Sand, U.S.D.J.

3/24/08